Richard A. Hearn (ISB # 5574)
John J. Bulger (ISB # 8375)
HEARN LAW, PLC
155 S.  2nd Avenue
P.O. Box 70
Pocatello, Idaho 83204
Telephone: (208) 904-0004
Facsimile: (208) 904-1816
Email: hearn@hearnlawyers.com
       bulger@hearnlawyers.com

Shane Reichert (ISB # 8662)
Stratton Laggis (ISB # 9414)
REICHERT LAGGIS PLLC
420 South 4th Avenue
Pocatello, Idaho 83201
Telephone: (208) 232-4051
Facsimile: (208) 232-2880
Email: shane@rlidaholaw.com
       stratton@rlidaholaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SHAYLEE WILLIAMSON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KEDRICK WILLS, individually and as Director of the Idaho State Police;  ERIC DAYLEY, individually and as Captain of Idaho State Police, District 5; LEE EDGLEY, individually and in his official capacity; BRADY BARNES, individually and in his official capacity; PAUL GILBERT, individually and in his official capacity; PAUL OLSEN, individually and in his official capacity; MARCUS GRAHAM, individually and in his official capacity; and | Case Number: 4:19-cv-99<br><br>**MOTION TO WAIVE BOND PURSUANT TO**<br>**IDAHO CODE § 6-610(2)** |

MOTION TO WAIVE BOND PURSUANT TO IDAHO CODE § 6-610(2) – Page 1

TOM SELLERS, individually and in his official capacity;

    Defendants.

COMES NOW the Plaintiff SHAYLEE WILLIAMSON and moves this Court for an Order to Waive Bond pursuant to Idaho Code § 6-610(2). The affidavit of Plaintiff is filed contemporaneously with this motion.

DATED this 26th day of March, 2019.

                                          HEARN LAW, PLC

                                          /s/ John J. Bulger
                                          JOHN J. BULGER